UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | SUPERSEDING INFORMATION |
| v. | CRIMINAL NO. 3:20-CR-36 (CAR) |
| **JOSEPH O'BARR,** | VIOLATION(S):<br>21 U.S.C. § 846<br>21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841 (b)(1)(C) |
| Defendant. | |

**THE UNITED STATES ATTORNEY CHARGES:**

<u>COUNT ONE</u>
(Conspiracy To Possess with Intent to Distribute Methamphetamine)

That on or about January 1, 2019 to August 3, 2020, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**JOSEPH O'BARR**

defendant herein, conspired with others both known and unknown to the United States Attorney to knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, to-wit: Methamphetamine; all in violation of Title 21, United States Code, Section 846 i/c/w Title 21, United States Code Sections 841(a)(1) and (b)(1)(C).

PETER D. LEARY
ACTING UNITED STATES ATTORNEY

BY: _____
TAMARA A. JARRETT
ASSISTANT UNITED STATES ATTORNEY