# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JOSEPH O'BARR,<br><br>Defendant | CRIMINAL NO. 3:20-CR-36 (CAR) |

## MOTION FOR DOWNWARD DEPARTURE

COMES NOW the United States of America, by and through its attorney, the United States Attorney for the Middle District of Georgia, and moves the Court pursuant to U.S.S.G. § 5K2.0(a)(2)(B), Unidentified Circumstances, for a two-level departure based on Defendant's agreement to enter into a guilty plea during the global pandemic while the Court's COVID-19 Jury Trial Moratorium is in effect. Defendant's willingness to forego trial will have a positive impact on public safety by reducing the backlog of cases awaiting trial and, therefore, presents a circumstance that the Sentencing Commission has not identified in the guidelines but that is nevertheless relevant to determining the appropriate sentence.

WHEREFORE, the United States Attorney moves the Court to depart two levels from the applicable sentencing guidelines pursuant to U.S.S.G. § 5K2.0(a)(2)(B) of the sentencing guidelines.

Respectfully submitted this 17th day of May, 2021.

> PETER D. LEARY
> ACTING UNITED STATES ATTORNEY
>
> */s/ Tamara Jarrett*
> TAMARA JARRETT
> Assistant United States Attorney
> Georgia Bar Number 389629
> Email: tamara.jarrett@usdoj.gov

# CERTIFICATE OF SERVICE

I, Tamara Jarrett, Assistant United States Attorney, hereby certify that on May 17, 2021, I electronically filed the within and foregoing **Motion for Downward Departure** with the Clerk of the Court using the CM/ECF system, which will send notification to all parties of record.

PETER D. LEARY
ACTING UNITED STATES ATTORNEY

*/s/ Tamara Jarrett*
TAMARA JARRETT
Assistant United States Attorney
Georgia Bar Number 389629
United States Attorney's Office
Middle District of Georgia
Post Office Box 1702
Macon, Georgia 31202-1702
Telephone: (478) 752-3511
Email: tamara.jarrett@usdoj.gov